THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL J. KANOWICZ, : Case No. 4:15-CV-00241
:
Plaintiff, :
: (Judge Brann)
v. :
:
NHS HUMAN SERVICES, INC., :
:
Defendant. :

**ORDER**
September 30, 2015

AND NOW, in accordance with a Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 17) is GRANTED in part and DENIED in part.

2. To the extent Plaintiff's claim is predicated on Defendant's failure to promote him, Defendant's Motion to Dismiss is GRANTED.

3. To the extent Plaintiff's claim is predicated on his termination, Defendant's Motion to Dismiss is DENIED.

4. Plaintiff is, however, directed to file a Second Amended Complaint within twenty-one (21) days of this Order asserting a claim predicated only on his termination.

1

BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge